JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, <br><br>          Plaintiff-in-Interpleader, <br><br>     vs. <br><br> DENNIS J. GALLAGHER, MICHAEL P. GALLAGHER, REGIS E. GALLAGHER and PATRICK J. GALLAGHER, <br><br>          Defendants-in-Interpleader. | CASE NO.:  5:14-CV-1931-BRO-KK <br><br> **ORDER FOR:** <br><br> **1. PERMANENT INJUNCTION;** <br><br> **2. RECOVERY OF REASONABLE ATTORNEYS' FEES;** <br><br> **3. DISTRIBUTION OF FUNDS;** <br><br> **4. DISCHARGE OF METLIFE; AND** <br><br> **5. DISMISSAL OF ACTION WITH PREJUDICE** |

## <u>ORDER</u>

Having reviewed the Stipulation for Permanent Injunction, Distribution of Funds, Discharge of Metropolitan Life Insurance Company ("MetLife") and Dismissal with Prejudice, and for good cause appearing therefore, the Court hereby orders as follows:

1.    That Defendants-In-Interpleader Dennis J. Gallagher, Michael P. Gallagher, Regis E. Gallagher and Patrick J. Gallagher, and their agents, attorneys and/or assigns shall be enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife, Exelis Inc. ("Exelis"), and the Exelis Plan (the "Plan") with respect to the life insurance benefits that became payable upon the death of Edward B. Gallagher (the "Plan Benefits");

2.    That MetLife be awarded the sum of $3,000 as its reasonable attorneys' fees and costs incurred in this action, to be deducted from the remaining Plan Benefits deposited with the Court (the "Remaining Plan Benefits"), to be made payable via a check to "Metropolitan Life Insurance Company" and to be mailed forthwith to its counsel of record in this action:  Hinshaw & Culbertson LLP, Attention: Gail E. Cohen, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071;

3.    That the Remaining Plan Benefits in the amount of $9,932.99 shall be distributed in three equal shares by checks made payable as follows:

- $3,311.00 made payable to "Michael P. Gallagher" and mailed to P.O. Box 414, Big Bear City, California 92314.

- $3,311.00 made payable to "Regis E. Gallagher" and mailed to 5600 Boulder Hwy., Apt. B223, Las Vegas, NV 89122.

- $3,310.99 made payable to "Patrick J. Gallagher" and mailed to P.O. Box 2604, Big Bear City, California 92314.

HINSHAW &
CULBERTSON LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE. CA 92612

-1-

36023402v1 0963241

4.   That this action is dismissed with prejudice and that MetLife, Exelis and the Plan are discharged of all liability with respect to the Plan Benefits.

**IT IS SO ORDERED.**

Dated:  March 16, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

HINSHAW &
CULBERTSON LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612

-2-

36023402v1 0963241